JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LOUIS LOWERY JR., | Case No. CV 20-2654-ODW (JPR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF BEVERLY HILLS et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 30, 2020

OTIS D. WRIGHT II
U.S. DISTRICT JUDGE